| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gagan G. Vaideeswaran (SBN 272403)<br>GVaideeswaran@piteduncan.com<br>Erin L. Laney (SBN 259863)<br>elaney@piteduncan.com<br>**PITE DUNCAN, LLP**<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 | <span style="color:blue">FILED & ENTERED</span><br><br><span style="color:red">SEP 07 2012</span><br><br><span style="color:blue">CLERK U.S. BANKRUPTCY COURT</span><br><span style="color:blue">Central District of California</span><br><span style="color:blue">BY ogier       DEPUTY CLERK</span> |
| ☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>ELIZABETH M HAN,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:12-bk-15310-AA<br><br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE:          August 15, 2012<br>TIME:          11:30 am<br>COURTROOM:   303 |
|---|---|

Movant:   US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-6

---

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

   Street address:    *4060 Alonzo Avenue*
   Unit number:
   City, state, zip code:    *Los Angeles, CA, 91316*

   Legal description or document recording number (including county of recording):
   04 0803644, Los Angeles County of California

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                                Page 1                                **F 4001-1.ORDER.RP**

3.  The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
    ☒ 11 U.S.C. § 362(d)(4)

4.  As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a.  ☒  Terminated as to Debtor and Debtor's bankruptcy estate.
    b.  ☐  Annulled retroactively to the date of the bankruptcy petition filing.
    c.  ☐  Modified or conditioned as set forth in Exhibit _____ to this Order.

5.  ☒  Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with
       applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the
       estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6.  Movant must not conduct a foreclosure sale before the following date (*specify*): _____

7.  ☐  The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment
       to this Order.

8.  ☐  In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after
       entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without
       prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to
       the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's
       secured claim after entry of this Order.

9.  ☒  The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

       ☒  transfer of all or part ownership of, or other interest in, the Property without the consent of the secured
          creditor or court approval.

       ☒  multiple bankruptcy filings affecting the Property.

    If recorded in compliance with applicable state law governing notices of interests or liens in the Property, this Order is
    binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the
    Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent
    bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown,
    after notice and a hearing.  Any federal, state or local governmental unit that accepts notices of interests or liens in
    real property shall accept any certified copy of this Order for indexing and recording.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                                    Page 2                                    **F 4001-1.ORDER.RP**

10. This court further orders as follows:

    a. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

    b. ☒ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10-ER*).

    c. ☐ See attached continuation page for additional provisions.

###

DATED: September 7, 2012

United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*                                   Page 3                                   **F 4001-1.ORDER.RP**

# EXTRAORDINARY RELIEF ATTACHMENT

## (MOVANT: US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6)

Based upon evidence of efforts by Debtor(s) or others acting in concert with Debtor(s) to delay, hinder or defraud Movant by abusive bankruptcy filings or otherwise, Movant also asks that the Order include the following provisions:

1. ☐ That the Order be binding and effective in any bankruptcy case commenced by or against the above-named Debtor(s) for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

2. ☐ That the Order be binding and effective in any bankruptcy case commenced by or against any successors, transferees, or assignees of the above-named Debtor(s) for a period of 180 days from the hearing of this Motion

    ☐ without further notice.

    ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

3. ☐ That the Order be binding and effective in any bankruptcy case commenced by or against any Debtor(s) who claim(s) any interest in the Property for a period of 180 days from the hearing of the Motion

    ☐ without further notice.

    ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

4. ☐ That the Order be binding and effective in any future bankruptcy case, no matter who the Debtor(s) may be

    ☐ without further notice.

    ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

5. ☐ That the Debtor(s) be enjoined from transferring all or any portion of the Property for a period of 180 days from the hearing of this Motion, and any transfer in violation of this Order be deemed void.

6. ☐ That the Sheriff or Marshal may evict the Debtor(s) and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this Motion

    ☐ without further notice.

    ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

7. ☒ Other *(specify)*: That the Order be binding and effective in any other case under the Bankruptcy Code purporting to affect the Property filed not later than 2 years after the date of the entry of the Order by the court, if recorded in compliance with applicable state law governing notices of interest or liens in the Property, except that a debtor in a subsequent case under the Bankruptcy Code may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2011*      Page 4      **F 4001-1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled: **PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in this service category.  Proposed orders do not generate an NEF.

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) September 7, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Alan M. Ahart
21041 Burbank Blvd
Woodland Hills, CA 91367-6606

Elizabeth M Han
5460 White Oak Ave
Unit C317
Encino, CA 91316

David Zarian
Mojdeh Zarian
4060 Alonzo Ave
Los Angeles, CA 91316

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 7, 2012, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
David Seror (TR) kpscion@ecjlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 7, 2012   Michael Velasco | | /s/ Michael Velasco |
| *Date*           *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) September 7, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

United States Trustee (SV) - ustpregion16.wh.ecf@usdoj.gov
David Seror (TR) - kpscion@ecjlaw.com
Pite Duncan -  ecfcacb@piteduncan.com

☐  Service information continued on attached page

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Elizabeth M Han
5460 White Oak Ave
Unit C317
Encino, CA 91316

☐  Service information continued on attached page

**3.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.